UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| KENNETH CLAY, on behalf of himself and those similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>ELEGANT SERVICE, INC., a Domestic Profit Corporation, and SAYEED IMRAN, individually,<br><br>Defendants. | CIVIL ACTION FILE<br><br>NO. 1:22-cv-02708-TWT |

## J U D G M E N T

This action having come before the court, the Honorable Thomas W. Thrash, Jr., United States District Judge, for consideration of Plaintiff's failure to respond to the Court's September 15, 2022, [Doc.13], Order, it is

**Ordered and Adjudged** that the action be **DISMISSED** pursuant to Local Rule 41.3(A)(2) for failure to obey a lawful order of the Court.

Dated at Atlanta, Georgia this 9th day of November, 2022.

                                                      KEVIN P. WEIMER
                                                      CLERK OF COURT

                                      By:  /s/Benjamin G. Thurman
                                               Deputy Clerk

Prepared, filed, and entered
in the Clerk's Office
November 9, 2022
Kevin P. Weimer
Clerk of Court

By: /s/Benjamin G. Thurman
      Deputy Clerk